JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:22-cv-01738-MCS-AS | Date April 8, 2022 |
| Title *Prime Neurology, Inc. v. Alina Telehealth* | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: RESPONSE (ECF NO. 10) (JS-6)

Plaintiffs Prime Neurology, Inc., and Kimberly E. Idoko brought this action for breach of contract and intentional infliction of emotional distress against Alina Telehealth and Fahd Rawra. (Compl., ECF No. 1.) The Court dismissed the Complaint with leave to amend and ordered Plaintiffs either to file a First Amended Complaint that addresses the deficiencies set forth in the dismissal order or to advise the Court that they do not intend to pursue this lawsuit further. (Order, ECF No. 9.)

In response, Plaintiffs state they "acknowledge dismissal by the Court, with the intention to prosecute this matter in the future once proper legal representation is successfully obtained." (Resp., ECF No. 10.) The Court treats the response as a voluntary dismissal of the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court directs the Clerk to close the case. This Order does not preclude Plaintiffs from prosecuting their claims in a separate action.

**IT IS SO ORDERED.**